UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DIANA GASPARD ON BEHALF OF MARIE NORTON | § § § | |
| vs. | § § | C.A. NO. 1:22-cv-00380 (JURY) |
| STATE FARM LLOYDS | § § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Please take notice that Plaintiff and Defendant have entered into a settlement in this cause. Therefore, once the settlement documents have been executed, a final order will be submitted to this Honorable Court for execution.

Respectfully submitted,

GERMER PLLC

By: _____
**DALE M. "RETT" HOLIDY**
Federal Bar No. 21382
State Bar No. 00792937
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile
holidyefile@germer.com

**ATTORNEY FOR DEFENDANT**

OF COUNSEL:

**GERMER PLLC**
Rachel Crutchfield
Federal Bar No. 3696121
State Bar No. 24012481
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile
rcrutchfield@germer.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 29th day of February, 2024.

| | |
|---|---|
| Clint Brasher<br>Nishi Kothari<br>Joe Muckleroy<br>THE BRASHER LAW FIRM, PLLC<br>1122 Orleans St.<br>Beaumont, Texas 77701<br>clint@brasherattorney.com<br>nishi@brasherattorney.com<br>joe@brasherattorney.com | **VIA CM/ECF** |

                                                                                                   _____
                                                                                                   **DALE M. "RETT" HOLIDY**