IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DIANA GASPARD ON BEHALF OF MARIE NORTON § § § VS. § § STATE FARM LLOYDS § | CIVIL ACTION NO. 1:22-CV-00380 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Stipulation of Dismissal with Prejudice. [Dkt. 64]. Plaintiff stipulates to the dismissal of this action against Defendant, in its entirety, with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 1st day of April, 2024.**

Michael J. Truncale
United States District Judge